```
                         United States Bankruptcy Court
                              District of Arizona
In re:                                                      Case No. 17-12732-BKM
JAMILLAH C. HAMPTON-JONES                                   Chapter 13
       Debtor              CERTIFICATE OF NOTICE

District/off: 0970-2          User: admin              Page 1 of 2       Date Rcvd: Oct 30, 2017
                              Form ID: 309I            Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
```
db          +JAMILLAH C. HAMPTON-JONES,    8055 E. THOMAS RD. #N201,    SCOTTSDALE, AZ 85251-6688
tr          +EDWARD J. MANEY,   101 N. FIRST AVE., SUITE 1775,    PHOENIX, AZ 85003-1927
14771024    +Ad Astra Recovery,    7330 W 33rd St Ste 118,    Wichita KS 67205-9370
14771025    +AmerAssist/AR Solutions,    455 Hutchinson Ave S,    Suite 5,    Columbus OH 43235-5656
14771027    +Bureau Of Medical Economics,    Attn: Bankruptcy,    Po Box #20247,    Phoenix AZ 85036-0247
14771031    +Delivery Finance Service, Llc,    7077 E Bell Rd,    Scottsdale AZ 85254-1513
14771033    +Desert Fin,   2231 W Main St,    Mesa AZ 85201-6805
14771034    +EQUIFAX,   P.O. BOX 144717,    Orlando FL 32814-4717
14771035    +EXPERIAN,   PROFILE MAINTENANCE,    P.O. BOX 9558,    Allen TX 75013-9558
14771038    +Globalreceiv,   2703 N Highway 75,    Sherman TX 75090-2567
14771041    +Meta/moneypwrloc,   5501 S Broadband Ln,    Sioux Falls SD 57108-2253
14771042    +Mid America Bk/total C,    5109 S Broadband Ln,    Sioux Falls SD 57108-2208
14771046    +TRANS UNION CORPORATION,    ATTN: PUBLIC RECORDS DEPT.,    555 W. ADAMS ST.,
              Chicago IL 60661-3631
14771045    +Tempoe Llc,   1602 Tullamore Ave,    Bloomington IL 61704-9624
14771047   #+Valley Collection Serv,    Po Box 520,   Glendale AZ 85311-0520
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: scott@forresterlawpractice.com Oct 30 2017 23:53:23      SCOTT MICHAEL FORRESTER,
              320 E. Virginia Ave,   SUITE 100,    PHOENIX, AZ  85004
smg          EDI: AZDEPREV.COM Oct 30 2017 23:43:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
14771026    +EDI: AZDEPREV.COM Oct 30 2017 23:43:00      ARIZONA DEPARTMENT OF REVENUE,
              1600 W. MONROE ST. 7TH FLOOR,    Phoenix AZ 85007-2650
14771022    +E-mail/Text: bknotices@conduent.com Oct 30 2017 23:56:10      Acs/bank Of America,
              Acs/Education Services,    Po Box 7051,    Utica NY 13504-7051
14771028    +EDI: CAPITALONE.COM Oct 30 2017 23:43:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
              Salt Lake City UT 84130-0253
14771029    +EDI: BLCONNS Oct 30 2017 23:43:00      Conns Credit Corp,    3295 College St,
              Beaumont TX 77701-4611
14771030    +EDI: RCSFNBMARIN.COM Oct 30 2017 23:43:00      Credit One Bank Na,    Po Box 98873,
              Las Vegas NV 89193-8873
14771032    +E-mail/Text: electronicbkydocs@nelnet.net Oct 30 2017 23:54:51      Dept Of Ed/582/nelnet,
              Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln NE 68501-2505
14771033    +E-mail/Text: desertfinance.sarah@gmail.com Oct 30 2017 23:56:15      Desert Fin,
              2231 W Main St,    Mesa AZ 85201-6805
14771036    +EDI: BLUESTEM Oct 30 2017 23:43:00      Fingerhut,    Bankruptcy Dept,    6250 Ridgewood Rd,
              Saint Cloud MN 56303-0820
14771037    +EDI: AMINFOFP.COM Oct 30 2017 23:43:00      First Premier Bank,    601 S Minnesota Ave,
              Sioux Falls SD 57104-4868
14771039    +E-mail/Text: bknoticing@grantweber.com Oct 30 2017 23:54:42      Grant & Weber,
              Attn: Bankruptcy,    26610 Agoura Rd Ste 209,    Calabasas CA 91302-2975
14771040     EDI: IRS.COM Oct 30 2017 23:43:00      INTERNAL REVENUE SERVICE,    P.O. BOX 21125,
              Philadelphia PA 19114
14771043    +EDI: NAVIENTFKASMSERV.COM Oct 30 2017 23:43:00      Navient,    Attn: Bankruptcy,    Po Box 9500,
              Wilkes-Barr PA 18773-9500
14771044    +E-mail/Text: bk@wecollectit.com Oct 30 2017 23:55:22      Pif Inc.,    Po Box 43228,
              Phoenix AZ 85080-3228
14771049    +E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 30 2017 23:54:37      WESTLAKE FINANCIAL,
              4751 WILSHIRE BLVD STE. 100,    Los Angeles CA 90010-3847
14771048    +E-mail/Text: kelly@westernamericanloan.com Oct 30 2017 23:54:51      Western American Fin G,
              4308 W Missouri Ave,    Glendale AZ 85301-6403
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14771023      Action Recovery Online
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:
              EDWARD J. MANEY    courtecf@maney13trustee.com
              SCOTT MICHAEL FORRESTER    on behalf of Debtor JAMILLAH C. HAMPTON-JONES
               scott@forresterlawpractice.com,  stephanie@forresterlawpractice.com,
               maryv@forresterlawpractice.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                          TOTAL: 3
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **JAMILLAH C. HAMPTON–JONES** | Social Security number or ITIN | xxx–xx–4163 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Arizona** | Date case filed for chapter 13 | 10/25/17 |
| Case number: | 2:17–bk–12732–BKM | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case         12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | JAMILLAH C. HAMPTON–JONES | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8055 E. THOMAS RD. #N201<br>SCOTTSDALE, AZ 85251 | |
| 4. | **Debtor's attorney**<br>Name and address | SCOTT MICHAEL FORRESTER<br>320 E. Virginia Ave<br>SUITE 100<br>PHOENIX, AZ 85004 | Contact phone 602–889–5778<br>Email: scott@forresterlawpractice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | EDWARD J. MANEY<br>101 N. FIRST AVE., SUITE 1775<br>PHOENIX, AZ 85003 | Contact phone 602–277–3776<br>Email: None |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727** | Office Hours: 9:00 am – 4:00 pm<br>Monday–Friday<br><br>Contact Phone: (602) 682-4000<br>Date: 10/30/17 |

**For more information, see page 2**

Official Form 309I         **Notice of Chapter 13 Bankruptcy Case**         page 1

Case 2:17-bk-12732-BKM   Doc 14   Filed 10/30/17   Entered 11/01/17 22:03:33   Desc
Imaged Certificate of Notice   Page 3 of 4

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 6, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/5/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/6/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/23/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan or summary and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

Case 2:17-bk-12732-BKM    Doc 14    Filed 10/30/17    Entered 11/01/17 22:03:33    Desc
Imaged Certificate of Notice    Page 4 of 4